UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO RAMOS-ACHUZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-299 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Sergio Ramos-Achuz is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Petitioner presents a petition for writ of habeas corpus, requesting his immediate release from custody, or in the alternative that he be provided a bond hearing before a neutral decision maker. (Petition, Doc. 1, 36) He alleges that in April 2025, an Immigration Judge "reserved her decision" on his application for cancellation of removal and adjustment of status "to await available visa numbers." (*Id.* at 3) According to Petitioner, "[i]t may take five years or more for those visas to become available due to their limited number." (*Id.*) He alleges claims based on statutory and constitutional rights.

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that by no later than April 13, 2026, Respondents shall file a Response to the relief that Petitioner requests; and

**ORDERED** that by no later than April 20, 2026, Petitioner Sergio Ramos-Achuz may file a Reply.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon Respondents.

Signed on March 16, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge